THE STATE EX REL. BARR, APPELLANT, *v.* SUTULA, JUDGE, APPELLEE.

[Cite as *State ex rel. Barr v. Sutula,* 132
Ohio St.3d 297, 2012-Ohio-2790.]

(No. 2012–0498—Submitted June 20, 2012—Decided June 26, 2012.)

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Harry M. Barr, for a writ of mandamus to compel appellee, Cuyahoga County Court of Common Pleas Judge John D. Sutula, to correct his sentencing entry to reflect the sentence specified at the court's "verdict hearing." Barr had an adequate remedy by way of appeal from his sentencing entry to raise his claim of sentencing error. *See State ex rel. Hudson v. Sutula,* 131 Ohio St.3d 177, 2012-Ohio-554, 962 N.E.2d 798, ¶ 1; R.C. 2731.05.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Harry M. Barr, pro se.